# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANTHONY BJORNSTAD,<br><br>                   Plaintiff,<br><br>   v.<br><br>ETHICON ENDO-SURGERY LLC, et al.,<br><br>                   Defendants. | CASE NO. 2:19-cv-01708-RAJ-BAT<br><br>**ORDER EXTENDING DEADLINES** |

Plaintiff Anthony Bjornstad ("Plaintiff") and Defendants Ethicon Endo-Surgery, Inc. ("EES"), and Ethicon, Inc. ("Ethicon"), the only two named Defendants served as of the filing of this Motion, stipulate to extending the deadlines for the conference of counsel required by Fed. R. Civ. P. ("FRCP") 26(f), the filing of the Joint Status Report and Discovery Plan, the service of the Parties' Initial Disclosures, and the filing of responsive pleadings (*see* Dkt. 9). The Parties agree to extend each of these deadlines by 30 days to allow continuing discussion of the proper defendants, dismissal of certain defendants, and procurement by Defendants of successor counsel. Dkt. 13.

Accordingly, it is **ORDERED** that the dates for initial disclosure and submission of the Joint Status Report and Discovery Plan, set forth in the Court's Order dated December 16, 2019 (Dkt. 12), shall be extended by 30 days:

ORDER EXTENDING DEADLINES - 1

| | | |
|---|---|---|
| Deadline for FRCP 26(f) Conference: | | 2/13/2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | | 2/27/2020 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | | 3/05/2020 |

The remainder of the December 16, 2019 Order (Dkt. 12) remains in effect.

DATED this 10th day of January, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge