UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY BJORNSTAD,<br><br>                      Plaintiff,<br><br>    v.<br><br>ETHICON ENDO-SURGERY LLC, et al.,<br><br>                      Defendants. | CASE NO. 2:19-cv-01708-RAJ-BAT<br><br>**ORDER EXTENDING RESPONSIVE PLEADING DEADLINE** |

Plaintiff Anthony Bjornstad ("Plaintiff") and Defendants Ethicon Endo-Surgery, Inc. ("EES"), and Ethicon, Inc. ("Ethicon"), the only two named Defendants served as of the filing of this motion, stipulate to extend the responsive pleading deadline for 30 days from January 15, 2020 until February 14, 2020. Dkt. 17.

Accordingly, it is **ORDERED** that the new responsive pleading deadline is **February 14, 2020.**

DATED this 17th day of January, 2020.

                                                                           _____
                                                                           BRIAN A. TSUCHIDA
                                                                           Chief United States Magistrate Judge