UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY BJORNSTAD,<br><br>                Plaintiff,<br><br>  v.<br><br>ETHICON ENDO-SURGERY LLC, et al.,<br><br>                Defendants. | CASE NO. 2:19-cv-01708-RAJ-BAT<br><br>**SECOND ORDER EXTENDING DEADLINES** |

Plaintiff Anthony Bjornstad ("Plaintiff") and Defendants Ethicon Endo-Surgery, Inc. ("EES"), and Ethicon, Inc. ("Ethicon") stipulate to a further extension of the parties' deadlines to confer pursuant to Fed. R. Civ. P. 26(f) and for service of the initial disclosures.

Accordingly, it is **ORDERED** that the new deadline for the FRCP 26(f) conference is **February 28, 2020**; and the new deadline for service of the parties' initial disclosures is now **March 5, 2020**. The deadline for filing a joint status report remains **March 5, 2020** and all other deadlines set forth in the December 16, 2019 Order (Dkt. 12) remain in effect.

DATED this 6th day of January, 2020.

                                              BRIAN A. TSUCHIDA
                                              Chief United States Magistrate Judge