UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BJORNSTAD,

    Plaintiff,

v.

ETHICON ENDO-SURGERY LLC, et al.,

    Defendants.

CASE NO. 2:19-cv-01708-RAJ-BAT

**ORDER GRANTING SECOND STIPULATED MOTION TO AMEND PRETRIAL SCHEDULE**

Plaintiff Anthony Bjornstad, Defendant Ethicon Endo-Surgery, Inc. and Defendant Ethicon Endo-Surgery, LLC stipulate to amend the amended order setting the pretrial schedule. Dkt. 46.

Based on the parties' stipulation and for good cause shown, it is **ORDERED** that the following second amended pretrial schedule is as follows:

| Event | Date |
|---|---|
| All motions related to discovery must be filed by | **7/6/2021** |
| Discovery completed by | **8/5/2021** |
| Disclosure of expert testimony under FRCP 26(a)(2) | **9/7/2021** |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | **10/7/2021** |
| Dispositive motions deadline | **11/8/2021** |

ORDER GRANTING SECOND STIPULATED
MOTION TO AMEND PRETRIAL
SCHEDULE - 1

| Mediation deadline | **12/8/2021** |

DATED this 6th day of May, 2021.

/s/ *signature*
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING SECOND STIPULATED
MOTION TO AMEND PRETRIAL
SCHEDULE - 2