UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY BJORNSTAD,<br><br>                Plaintiff,<br><br>     v.<br><br>ETHICON ENDO-SURGERY LLC, et al.,<br><br>                Defendants. | CASE NO. 2:19-cv-01708-RAJ-BAT<br><br>**ORDER GRANTING THIRD STIPULATED MOTION TO AMEND PRETRIAL SCHEDULE** |

Plaintiff Anthony Bjornstad, Defendant Ethicon Endo-Surgery, Inc. and Defendant Ethicon Endo-Surgery, LLC move to amend the amended order setting the pretrial schedule. Dkt. 48. Based on the parties' stipulated motion and for good cause shown, it is **ORDERED** that the following second amended pretrial schedule is as follows:

| Event | Date |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | **11/8/2021** |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | **12/8/2021** |
| Dispositive motions deadline | **1/7/2022** |
| Mediation deadline | **2/7/2022** |

DATED this 20th day of August, 2021.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge