UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY BJORNSTAD,<br><br>            Plaintiff,<br><br>v.<br><br>ETHICON ENDO-SURGERY, INC.; and ETHICON ENDO-SURGERY, LLC,<br><br>            Defendants. | Case No. 2:19-cv-1708-RAJ-BAT<br><br>ORDER GRANTING FOURTH STIPULATED MOTION TO AMEND PRETRIAL SCHEDULE |

Plaintiff Anthony Bjornstad, Defendant Ethicon Endo-Surgery, Inc. and Defendant Ethicon Endo-Surgery, LLC stipulate to amend the order setting the pretrial schedule [Dkt. 50]. The parties agree the additional time requested is necessary to pursue possible settlement and, if necessary, properly prepare the case for trial. *Id.*

Based on the parties' stipulation and for good cause shown it is **ORDERED** that the parties' motion [Dkt. 50] is **GRANTED** and the Amended Pretrial Schedule is as follows:

ORDER GRANTING FOURTH STIPULATED MOTION
TO AMEND PRETRIAL SCHEDULE - 1

*No. 2:19-cv-01708-RAJ-BAT*

| Event | Date |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 12/08/2021 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | 01/14/2022 |
| Dispositive motions deadline | 02/15/2022 |
| Mediation deadline | 03/15/2022 |

Dated this 25th day of October, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING FOURTH STIPULATED MOTION
TO AMEND PRETRIAL SCHEDULE - 2

*No. 2:19-cv-01708-RAJ-BAT*