IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY BJORNSTAD,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ETHICON ENDO-SURGERY, INC;<br>ETHICON ENDO-SURGERY, LLC.,<br><br>　　　　　　　　Defendants. | NO. 2:19-cv-01708-RAJ-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** |

Before the Court is Plaintiff Anthony Bjornstad's Motion to Dismiss With Prejudice. Dkt. 54. Having considered the Motion and having reviewed the pleadings on file, the Court finds that the motion should be granted.

It is **ORDERED, ADJUDGED AND DECREED** that Plaintiff's lawsuit against Defendants Ethicon Endo-Surgery, Inc., and Ethicon Endo-Surgery, LLC, is **dismissed**

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE- 1
*No. 2:19-cv-01708-RAJ-BAT*

DiamondMassong, PLLC
1215 Fourth Avenue, Suite 1275
Seattle, WA 98161
206.445.1258 Phone ◆ 206.445.1257 Fax

**with prejudice**. It is further, **ORDERED, ADJUDGED AND DECREED** that taxable court costs will be paid by the party incurring same.

Dated this 5th day of January, 2022.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO
DISMISS WITH PREJUDICE- 2
*No. 2:19-cv-01708-RAJ-BAT*

DIAMONDMASSONG, PLLC
1215 Fourth Avenue, Suite 1275
Seattle, WA 98161
206.445.1258 Phone ◆ 206.445.1257 Fax